**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   LANCE EARL ROSE,                          No. C 08-041 MHP (pr)

9              Plaintiff,                      **JUDGMENT**

10       v.

11  BUTTE COUNTY JAIL,

12              Defendant.
                                          /
13

14       This action is dismissed without prejudice for failure to pay the filing fee or submit a

15  completed <u>in forma pauperis</u> application.

16       IT IS SO ORDERED AND ADJUDGED.

17  DATED: April 9, 2008

18                                         Marilyn Hall Patel
                                           United States District Judge
19

20

21

22

23

24

25

26

27

28