OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

**OFFICIAL BUSINESS**
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004329882
APR 09 2008
$ 00.58⁰
MAILED FROM ZIP CODE 94102

BUTTE COUNTY SHERIFF'S DEPT.
☐ NOT IN CUSTODY
☐ OPENED FOR INSPECTION
RETURN TO SENDER

RETURN TO SENDER
ADDRESSEE UNKNOWN



RECEIVED

APR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

08 APR 17 PM 4:18

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-AI-MHP

Lance E. Rose 137145
Butte County Jail
35 County Center Drive
Oroville, CA 95965


CV08-00041 MHP

**FILED**

APR 0 9 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  LANCE EARL ROSE,                          No. C 08-041 MHP (pr)

9            Plaintiff,                      **ORDER OF DISMISSAL**

10      v.

11  BUTTE COUNTY JAIL,

12            Defendant.

13  _____/

14      This <u>pro se</u> civil action was filed on January 4, 2008, at which time the court notified

15  plaintiff in writing that the action was deficient due to the failure to pay the filing fee or

16  furnish a completed and signed court-approved <u>in forma pauperis</u> application. Plaintiff was

17  advised that failure to pay the fee or file the application materials within thirty days would

18  result in dismissal of the action. Mail sent to him was returned undelivered. Plaintiff has not

19  paid the filing fee or filed the materials (i.e., an inmate trust account statement and certificate

20  of funds) needed to complete the <u>in forma pauperis</u> application. The <u>in forma pauperis</u>

21  application therefore is DENIED (Docket # 2) and the action is DISMISSED without

22  prejudice for failure to pay the filing fee or submit a completed <u>in forma pauperis</u>

23  application. Plaintiff may file a new action, but should include a filing fee or an <u>in forma</u>

24  <u>pauperis</u> application with a new complaint to commence that new action. The clerk shall

25  close the file.

26      IT IS SO ORDERED.

27  DATED: April 9 , 2008

28                                          _____
                                            Marilyn Hall Patel
                                            United States District Judge

#5

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LANCE E. ROSE,

          Plaintiff,

v.

BUTTE COUNTY JAIL et al,

          Defendant.

                          /

Case Number: CV08-00041 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Lance E. Rose 137145
Butte County Jail
35 County Center Drive
Oroville, CA 95965

Dated: April 9, 2008

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk

**FILED**

APR 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8 | LANCE EARL ROSE,                        No. C 08-041 MHP (pr)

9 |        Plaintiff,                       **JUDGMENT**

10 |    v.

11 | BUTTE COUNTY JAIL,

12 |        Defendant.

13 | _____/

14 |     This action is dismissed without prejudice for failure to pay the filing fee or submit a

15 | completed <u>in forma pauperis</u> application.

16 |     IT IS SO ORDERED AND ADJUDGED.

17 | DATED: April 9, 2008

              Marilyn Hall Patel

18 |               United States District Judge

19

20

21

22

23

24

25

26

27

28

#6

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LANCE E. ROSE,

           Plaintiff,

   v.

BUTTE COUNTY JAIL et al,

           Defendant.

_____/

Case Number: CV08-00041 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lance E. Rose 137145
Butte County Jail
35 County Center Drive
Oroville, CA 95965

Dated: April 9, 2008

                          Richard W. Wieking, Clerk
                          By: Anthony Bowser, Deputy Clerk